**Adib Eddie Ramez MAKDESSI,**
**Plaintiff–Appellant,**

v.

**Terry McAULIFFE, Virginia Governor; Harvey Bryant, Commonwealth Attorney of Virginia Beach; Katherine Orsini, Assistant Commonwealth Attorney of Virginia Beach; Catherine Dodson, Assistant Commonwealth Attorney of Virginia Beach; Calvin Depew, Assistant Commonwealth Attorney of Virginia Beach; Leah Darron, Assistant Attorney General of Virginia; Peter Legler, Virginia Beach Public Defender; Annet Miller, Virginia Beach Public Defender; Benjamin Thomas Reed, Court Appointed Defense Attorney; Shepherd Wainger, Direct Appeal Attorney; J. Bradley Reaves, Direct Appeal Attorney; David Eberhardt, State Department;**

Richard E. Lubow, State Department; John Doe # 1; John Doe # 2; Edward Hanson, Virginia Beach Circuit Court Judge, Defendants–Appellees.

No. 15–7748.

United States Court of Appeals, Fourth Circuit.

Submitted: March 29, 2016.

Decided: April 1, 2016.

Adib Eddie Ramez Makdessi, Appellant Pro Se.

Before GREGORY and DUNCAN, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Adib Eddie Ramez Makdessi appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint under 28 U.S.C. § 1915A(b)(1) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Makdessi v. McAuliffe*, No. 3:14–cv–00214–JRS–RCY, 2015 WL 5970178 (E.D.Va. Oct. 13, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*